UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW MARSHALL, ET AL.,

      Plaintiffs,

v.

GREEN TREE MORTGAGE LOAN
SERVICING, ET AL.,

      Defendants.

_____/

Case No. 12-15318

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [7]**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation [7]. Being fully advised in the premises and having read the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. Plaintiff's complaint against Defendants Green Tree Mortgage Loan Servicing and Green Tree Servicing, LLC ("Green Tree") is DISMISSED WITH PREJUDICE under Federal Rule of Civil Procedure 41(b), and Defendants' motion to dismiss [3] is TERMINATED as MOOT.

      SO ORDERED.

                        **s/ Nancy G. Edmunds**_____
                        NANCY G. EDMUNDS
                        UNITED STATES DISTRICT JUDGE

Date: May 23, 2013

The undersigned certifies that the foregoing document was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on May 23, 2013.

s/Johnetta M. Curry-Williams
Case Manager
Acting in the Absence of Carol Hemeyer