UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW MARSHALL, ET AL.,

    Plaintiffs,

v.

GREEN TREE MORTGAGE LOAN SERVICING, ET AL.,

    Defendants.
_____/

Case No. 12-15318

Honorable Nancy G. Edmunds

**JUDGMENT**

The Court having reviewed and fully considered the pleadings filed by the parties, the Magistrate Judge's Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1), and for the reasons set forth in an Order dated the same date as this Judgment and filed herein;

The Report and Recommendation of the Magistrate [7] is hereby accepted and adopted as the findings and conclusions of the Court; and

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's complaint against Defendants is DISMISSED WITH PREJUDICE.

                                              s/ Nancy G. Edmunds
                                              NANCY G. EDMUNDS
                                              UNITED STATES DISTRICT JUDGE

Date: May 23, 2013

The undersigned certifies that the foregoing document was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on May 23, 2013.

                                                  s/Johnetta M. Curry-Williams
                                                  Case Manager
                                                  Acting in the Absence of Carol Hemeyer